# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| HEATHER ERIN WYLIE,<br><br>                   Plaintiff,<br><br>vs.<br><br>COUNTY OF SILVER BOW/ CITY OF BUTTE, et al.,<br><br>                   Defendants. | No. CV 11-84-BU-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] on February, 28, 2012. Plaintiff filed Objections[2] on January 4, 2012. While Plaintiff does not specifically object to Judge Strong's findings, she requests, *inter alia*, the Complaint be either stayed or dismissed without prejudice, as this Court is without jurisdiction. The Court reviews *de novo*

---

[1] Document No. 4.

[2] Document No. 6.

findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, and full consideration of the objections, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Complaint[3] is DISMISSED for failure to state a claim.

2. Any appeal of this disposition will not be taken in good faith, as the Complaint lacks arguable substance in law or fact. Fed. R. App. 24(a)(3)(A).

3. The Clerk of Court is directed to close this matter and enter judgment under Fed. R. Civ. P. 58 in favor of Defendants and against Plaintiff.

DATED this 28th day of March, 2012.

*signature*
SAM E. HADDON
United States District Judge

---

[3] Document No. 2.